UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DEA C. ADAMS,

                Plaintiff,                        **JUDGMENT**
                                            13-CV-5401 (RRM)(JO)

      - against -

KENNETH SHEEHAN, ANNARESE
MARCANO, ROSICKI, ROSICKI &
ASSOCIATES, P.C., BIJAL K. JANI,
DEUTSCHE BANK NATIONAL TRUST
COMPANY, JPMORGAN MORTGAGE
ACQUISITION TRUST 2007-CH2, AND, J.P.
MORGAN ACCEPTANCE CORPORATION 1,

                Defendants.
-----------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      A Memorandum and Order of the undersigned having been filed this day granting

defendants' motions to dismiss the complaint (Doc. Nos. 18–19) and directing the Clerk of Court

to enter judgment accordingly and to close this case, it is hereby

      ORDERED, ADJUDGED AND DECREED that the complaint is dismissed, that plaintiff

take nothing of defendants, and that this case is hereby closed.

                              *Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       January 5, 2015          _____
                                     ROSLYNN R. MAUSKOPF
                                     United States District Judge